May 10, 2007

RECEIVED

2007 MAY 17 A 11: 07

FINANCIAL
DISCLOSURE OFFICE

Honorable Ortrie D. Smith
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle NE
Washington DC 20544

Re: Calendar Year 2006 Filing

Dear Judge Smith:

This is in response to your letter of May 3, 2007. Each of the paragraphs below responds to a paragraph of your letter.

1)  Part IV, lines 2 and 3 should read:
    Jan. 19-20, 2006 UCLA School of Law, Los Angeles, Ca. Class action Symposium . . . . Food, lodging and transportation.
    February 23-24, 2006, Mercer School of Law, Macon, Ga. Federal Rule of Civil Procedure 68 Symposium . . . Food, lodging and transportation.

2)  Part VII, page 1, lines 9-12: you state that Column D(3) was left blank. However, the report shows that the value codes were provided in that column as required.

3)  Part VII, page 2, line 9: The reference to Fidelity Investments was provided by mistake. Fidelity is the fiscal agent for the University of California Defined Benefit plan shown on line 8.

All of the information given, and incorporated above, is accurate, true and complete to the best of my knowledge and belief.

Very truly yours,



William W Schwarzer

AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHWARZER, William W | No. Dist. Calif. | 4/7/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  Senior US District Judge | 5a. Report Type (check appropriate type) ___ Nomination, Date _____  ___ Initial   X Annual   ___ Final | 6. Reporting Period  X + 12/31/06 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address  450 Golden Gate Ave.  San Francisco Ca. 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

RECEIVED 2007 APR 16 A 10: 32 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 | Judicial of California Retirement | 23,350 |
| | The Dodge + Cox CFA Display | $52,000 |
| 2 | 4/1, 0/k West Group Royalties | $61,706 |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| [ ] NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM W SCHWARZER | 4/7/00 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | NONE (No such reportable reimbursements.) | |
| 1 | UCLA LAW SCHOOL CLASS ACTION SYMPOSIUM | Food Lodging Transportation |
| 2 | | |
| 3 | 2/20 MERCER UNIV LAW SCHOOL Rule 68 SYMPOSIUM | " |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | William W Schwarzer | 4/7/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| | SALES | | | | | | | | |
| 1 BAKERSFIELD Bds | A | INT | | | SOLD | 2/14 | M | — | |
| 2 SAN MATEO Ca Bds | A | INT | | | SOLD | 1/10 | L | B | |
| 3 METRO WATER Dist Bds | A | INT | | | SOLD | 7/25 | J | — | |
| 4 STOCKTON Co Bds | A | INT | | | SOLD | 7/25 | L | A | |
| 5 | PURCHASES | | | | | | | | |
| 6 CAL STATE Bds | D | INT | | | SOLD | VARIOUS DATES | M | H | |
| 7 | PURCHASES | | | | | | | | |
| 8 ROMOLAND Ca Bds | B | INT | L | T | BOT | 1/10 | K | — | |
| 9 FAIRFIELD CA Bds | C | INT | M | T | BOT | 2/14 | | | |
| 10 CAL STATE Bds | B | INT | M | T | BUT | 5/19 7/25 | | | |
| 11 CALEXICO Ca Bds | H | INT | M | T | BOT | 7/7 7/25 | | | |
| 12 UPLAND Ca Bds | K | INT | M | T | BUT | 11/16 | | | |
| 13 | HOLDINGS AT END OF PERIOD | | | | | | | | |
| 14 BRENTWOOD Bds | B | INT | M | T | | | | | |
| 15 NOVATO Ca Bds | B | INT | L | T | | | | | |
| 16 SANTA ANA Ca Bds | C | INT | L | T | | | | | |
| 17 SANTA MARGA Ca Bds | B | INT | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| William W Schwarzer | 4/7/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 COLUMBIA Z FUND | A | Div | L | T | | | | | |
| 2 UBS Money Mkt Fund | B | Div | L | T | | | | | |
| 3 RBC DAIN Money Mkt Fund | D | Div/Int | L | T | | | | | |
| 4 Dodge & Cox IRA | E | Distrib | P | T | | | | | |
| 5 Harris Trust Fund | A | Distrib | L | T | | | | | |
| 6 Tweedy Browe Fund | A | Div | K | T | | | | | |
| 7 Wells Fargo Money Mkt | A | Int | J | T | | | | | |
| 8 U. Cal Deferred Benefit 12pr | A | Distrib | K | T | | | | | |
| 9 FIDELITY INVESTMENTS | A | Div. | K | T | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| *William W Schwarzer* | *4/7/07* |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __4/7/07__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544